IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

RICHARD E. McMILLER,

   Petitioner,

vs.

CIVIL ACTION NO.: CV207-96

WARDEN, SOUTHEAST PROBATION CENTER,

   Respondent.

## ORDER

Respondent filed a Motion to Dismiss the captioned petition. By Order dated October 31, 2007, Petitioner was directed to file any objections to the Respondent's motion or to otherwise inform the Court of his decision not to object to the motion. Petitioner was advised that if he did not respond to Respondent's Motion to Dismiss within twenty (20) days, the Court would determine that there is no opposition to the motion and grant the motion as unopposed. Petitioner has failed to respond to the Respondent's Motion and to the Court's October 31, 2007, Order. Accordingly, Respondent's Motion to Dismiss is **GRANTED**, and the petition is **DISMISSED**.

The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 3 day of Dec, 2007.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)